# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Rachel Kaltenbach, et al., | : | Case No. 2:23-cv-00187 |
| Plaintiffs, | : | Judge: Michael H. Watson |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| Hilliard City Schools Board of Education, et al., | : | |
| | : | |
| Defendants. | | |

## STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Local Rule 6.1(a), Plaintiffs and Defendants Hilliard City Schools Board of Education, Beth Murdoch, Kara Crowley, Nadia Long, Zach Vorst, and Brian Perry (collectively "Defendants"), stipulate that Defendants shall have an extension of seven days, until and including March 1, 2023, to move or plead in response to Plaintiffs' Amended Complaint that was filed February 8, 2023 (Doc #6). This is the first such extension and this extension does not exceed 21 days pursuant to Local Rule 6.1(a).

| | |
|---|---|
| /s/ Joshua J. Brown (per e-mail authority) | */s/ Jessica K. Philemond* (Per e-mail authority) |
| Joshua J. Brown (0089836) | Jessica K. Philemond, Trial Counsel (0076761) |
| Attorney at Law 3979 Main Street | jessica@scottscrivenlaw.com |
| Hilliard, OH 43026 | Julie C. Martin (0056163) |
| P: (614) 284-4394 | julie@scottscrivenlaw.com |
| F: (614) 388-3947 | Mitchell L. Stith (0096759) |
| josh@joshbrownesq.com | mitch@scottscrivenlaw.com |
| Attorney for Plaintiff | SCOTT SCRIVEN LLP |
| | 250 East Broad Street, Suite 900 |
| | Columbus, OH 43215 |
| | (614)222-8686; Fax (614) 222-8688 |

1

/s/ Brandon Abshier
Brandon Abshier (0083505)
Michael J. Valentine (0038806)
REMINGER CO., LPA
200 Civic Center Drive, Suite 800
Columbus, OH 43215
babshier@reminger.com
mvalentine@reminger.com
P: 614-232-2422

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

A true and accurate copy of the foreign was served on this 22nd day of February 2023, upon all counsel of record via the Court's electronic filing system.

/s/ Brandon Abshier
Brandon Abshier (0083505)