IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RACHEL KALTENBACH, et al.,

    Plaintiffs,

vs.                                        Civil Action 2:23-cv-187
                                                   Judge Michael H. Watson
                                                   Magistrate Judge Jolson

HILLIARD CITY SCHOOLS, et al.,

    Defendants.

## NOTICE

**PROCEEDING:**      **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**      **VIA TELECONFERENCE**
Jos. P. Kinneary U.S. Courthouse
85 Marconi Blvd., R-200
Columbus, OH 43215

**DATE/TIME:**      **March 15, 2023 @ 10:00 a.m.**

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on AForms@ and then select ARule 26(f) Report of the Parties (Eastern Division Only).@ **Please Note: The Rule 26(f) Report for the Eastern Division has changed. Please ensure that you are using the correct form.**

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

    4. Questions or concerns should be directed to chambers at 614-719-3470.

February 23, 2023                                                                  *s/Jessica Rector*
                                                                             Jessica Rector, Courtroom Deputy to
                                                                             Magistrate Judge Kimberly A. Jolson