IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RACHEL KALTENBACH, et al.,**

       **Plaintiffs,**

  v.                             **Civil Action 2:23-cv-187**
                                     **Judge Michael H. Watson**
                                     **Magistrate Judge Jolson**

**HILLIARD CITY SCHOOLS, et al.,**

       **Defendants,**

## MEMORANDUM OF FIRST PRETRIAL CONFERENCE

This matter came before the Court on March 15, 2023, at 10:00 a.m. at the First Pretrial Conference pursuant to notice and in accordance with Rule 16 of the Federal Rules of Civil Procedure. Counsel appeared as follows:

For Plaintiffs:

Joshua J. Brown

For Defendants:

Jessica K. Philemond, Brandon Abshier, and Michell Stith

    The following matters were considered:

INITIAL DISCLOSURES

The parties shall exchange initial disclosures by April 14, 2023.

VENUE AND JURISDICTION

Defendant has filed a Motion to Dismiss Amended Complaint (Doc. 10) regarding, in part, standing.

PENDING MOTIONS

Defendants filed a Motion to Dismiss (Doc. 10) the Amended Complaint (Doc. 6).

ISSUES

Plaintiffs are parents of current and former students of Hilliard School District.  Parents allege the actions of the District have violated their rights to control the upbringing of their children.  Plaintiffs are seeking a declaratory judgment and injunctive relief.  There is no jury demand.

DISCOVERY PROCEDURES

Any proposed protective order or clawback agreement shall be filed with the Court by **March 31, 2023**.  A Word version of the proposed protective order should be sent to jolson_chambers@ohsd.uscourts.gov, and any provision related to sealing must comply with S.D. Ohio Civ. R. 5.2.1.

The parties shall exchange initial disclosures by **April 14, 2023**.

Per the parties' agreement all other discovery is **STAYED** pending resolution of Defendants' Motion to Dismiss (Doc. 10).

OTHER MATTERS

A telephonic status conference is set for **July 6, 2023, at 11:00 a.m**.  If the Court rules on the pending Motion to Dismiss prior to that date and any claim survives, the parties are **DIRECTED** to file a proposed scheduling order within **7 days** of the ruling.


If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel shall immediately object in writing.  If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.


IT IS SO ORDERED.


Date:  March 15, 2023　　　　　　　　　　　/s/ Kimberly A. Jolson
　　　　　　　　　　　　　　　　　　　　KIMBERLY A. JOLSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE