UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rachel Kaltenbach, *et al.*,

    Plaintiffs,

v.

Hilliard City Schools Board of Education, *et al.*,

    Defendants.

Case No. 2:23-cv-187

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

Plaintiffs' response in opposition to Defendant's motion to dismiss greatly exceeds the Court's twenty-page limitation for briefs. Accordingly, Plaintiffs' response, ECF No. 15, is **STRICKEN**. Plaintiff may re-file its response to Defendant's motion to dismiss, adhering to the Court's page limitations, within **TWENTY-ONE** days.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT