# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Rachel Kaltenbach, et al., | : | Case No. 2:23-cv-00187 |
| Plaintiffs, | : | Judge: Michael H. Watson |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| Hilliard City Schools Board of Education, et al., | : | |
| | : | |
| Defendants. | | |

## JOINT STATUS REPORT

Per the Court's Order, the parties hereby submit this joint status report. Plaintiffs and Defendants both agree that discovery should continue to be stayed until the Court issues its ruling on Defendants' Motion to Dismiss the Amended Complaint (Doc #10).

/s/ Joshua J. Brown (per e-mail authority)
Joshua J. Brown (0089836)
Attorney at Law 3979 Main Street
Hilliard, OH 43026
P: (614) 284-4394
F: (614) 388-3947
josh@joshbrownesq.com *Attorney for Plaintiff*

*/s/ Jessica K. Philemond* (Per e-mail authority)
Jessica K. Philemond, Trial Counsel (0076761)
jessica@scottscrivenlaw.com
Julie C. Martin (0056163)
julie@scottscrivenlaw.com
Mitchell L. Stith (0096759)
mitch@scottscrivenlaw.com
SCOTT SCRIVEN LLP
250 East Broad Street, Suite 900
Columbus, OH 43215
(614)222-8686; Fax (614) 222-8688

*Attorney for Defendants*

/s/ Brandon Abshier
Brandon Abshier (0083505)
Michael J. Valentine (0038806)
REMINGER CO., LPA
200 Civic Center Drive, Suite 800
Columbus, OH 43215
babshier@reminger.com
mvalentine@reminger.com
P: 614-232-2422

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

A true and accurate copy of the foreign was served on this 8th day of August 2023, upon all counsel of record via the Court's electronic filing system.

/s/ Brandon Abshier
Brandon Abshier (0083505)