# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Rachel Kaltenbach, et al., | : | Case No. 2:23-cv-00187 |
| Plaintiffs, | : | Judge: Michael H. Watson |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| Hilliard City Schools Board of Education, et al., | : | |
| | : | |
| Defendants. | | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby submit the following recently decided opinions which bear upon the same legal issues as Defendants' Motion to Dismiss the Amended Complaint (Doc. #10):

- *Doe No. 1 v. Bethel Local School District Board of Education*, Case No. 3:22-cv-337, Doc #94 (S.D. Ohio, Aug., 7, 2023);

- *Parents Defending Education v. Olentangy Local School District*, Case No. 2:23-cv-01595, Doc. #28 (S.D. Ohio, July 28, 2023).

<table>
<tr><td>

/s/ Brandon Abshier
Brandon Abshier (0083505)
Michael J. Valentine (0038806)
REMINGER CO., LPA
200 Civic Center Drive, Suite 800
Columbus, OH 43215
babshier@reminger.com
mvalentine@reminger.com
P: 614-232-2422

*Attorney for Defendants*

</td><td>

*/s/ Jessica K. Philemond* (Per e-mail authority)
Jessica K. Philemond, Trial Counsel (0076761)
jessica@scottscrivenlaw.com
Julie C. Martin (0056163)
julie@scottscrivenlaw.com
Mitchell L. Stith (0096759)
mitch@scottscrivenlaw.com
SCOTT SCRIVEN LLP
250 East Broad Street, Suite 900
Columbus, OH 43215
(614)222-8686; Fax (614) 222-8688

*Attorneys for Defendants*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was served on this 14th day of August 2023, upon all counsel of record via the Court's electronic filing system.

/s/ Brandon Abshier
Brandon Abshier (0083505)