# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Rachel Kaltenbach, et al., | : | Case No. 2:23-cv-00187 |
| Plaintiffs, | : | Judge: Michael H. Watson |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| Hilliard City Schools Board of Education, et al., | : | |
| | : | |
| Defendants. | | |

## JOINT NOTICE

Per the Court's March 28, 2024 Order, the parties hereby submit this joint notice identifying the pleadings and/or filings in which identifiable information regarding D.S. and/or the child of D.S. appears. Following a review of the filings, the parties identify the following ECF document numbers:

- DOC #6
- DOC #10
- DOC #15
- DOC #16
- DOC #17
- DOC #20
- DOC #21
- DOC #27
- DOC #29
- DOC #30

1

- DOC #31
- DOC #35
- DOC #36

Further, the docket itself has references to D.S. on the following entries:

- D.S. identified as a Plaintiff
- Title of DOC #6
- Title of DOC #11
- Title of DOC #15
- Title of DOC #16
- Title of DOC #20
- Title of DOC #27
- Title of DOC #35
- Title of DOC #37

/s/ Joshua J. Brown (per e-mail authority)
Joshua J. Brown (0089836)
Attorney at Law 3979 Main Street
Hilliard, OH 43026
P: (614) 284-4394
F: (614) 388-3947
josh@joshbrownesq.com *Attorney for Plaintiff*

/s/ Brandon Abshier
Brandon Abshier (0083505)
Michael J. Valentine (0038806)
Austin Richards (0101316)
REMINGER CO., LPA
200 Civic Center Drive, Suite 800
Columbus, OH 43215
babshier@reminger.com
mvalentine@reminger.com
arichards@reminger.com
P: 614-232-2422

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

A true and accurate copy of the foreign was served on this 1st day of April, 2024, upon all counsel of record via the Court's electronic filing system.

/s/ Brandon Abshier
Brandon Abshier (0083505)
