## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Rachel Kaltenbach, *et al.*, | : | |
| | : | Case No. 2:23-cv-00187 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Hilliard City Schools Board of | : | |
| Education, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order granting motion to dismiss (doc. 43) entered in this action on the 19th day of April, 2024.

Respectfully Submitted,

/s/ Joshua J. Brown
Joshua J. Brown  (0089836)
Attorney at Law
3979 Main Street
Hilliard, OH 43026
P: (614) 383-8886
josh@joshbrownesq.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I certify that on April 19, 2023, a copy of the preceding NOTICE OF APPEAL was served by email in accordance with Fed.R.Civ.P. 5(b)(2)(E) delivery to the following:

Jessica K. Philemond (0076761)
Scott Scriven LLP
250 East Broad Street, Suite 900
Columbus, OH 43215
614-222-8686
jessica@scottscrivenlaw.com
Attorney for Defendants

Brandon Abshier (0083505)
Michael J. Valentine (0038806)
REMINGER CO., LPA
200 Civic Drive, Suite 800
Columbus, OH 43215
babshier@reminger.com
mvalentine@reminger.com
P: 614-232-2422
Attorney for Defendants

/s/ Joshua J. Brown
Joshua J. Brown (0089836)