UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rachel Kaltenbach, *et al.*,

    Plaintiffs,

v.

Hilliard City Schools, *et al.*,

    Defendants.

Case No. 2:23-cv-187

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The parties are **ORDERED** to file a joint notice by **Friday, May 2, 2025,** indicating proposed next steps for this litigation.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT